BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BREANE P. STRYKER
Nevada Bar No. 13594
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NGOC NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., a foreign corporation, d/b/a SAM'S CLUB #4983; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00649-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF NGOC NGUYEN TO UNDERGO AN FRCP RULE 35 EXAMINATION BY DR. STEVEN MCINTIRE** |

  Plaintiff NGOC NGUYEN ("Plaintiff") and Defendant SAM'S WEST, INC. ("Sam's West") do hereby stipulate to Plaintiff undergoing an FRCP Rule 35 examination by Sam's West's expert.

  The parties aver that good cause exists for Plaintiff to undergo an Independent Medical Examination ("IME") pursuant to FRCP 35, as Plaintiff's physical condition is in controversy in the instant matter and she has made substantial claims for damages and future treatment. The parties have agreed on the following parameters for the examination:

  1. The examination will be conducted by Walmart's expert, neurologist Steven L. McIntire, M.D., Ph.D., on the **18th day of September at 9:00a.m.** and shall last no longer than two hours (120 minutes).

  2. Plaintiff shall not be required to wait for an excessive period of time before being seen

- 1 -

by Dr. McIntire.

3. This examination shall include a patient history, diagnostic examination and manipulation of Plaintiff's body and may include a range of neurological and physical exams including a mental status exam, motor or strength testing, reflex testing, sensory testing, cerebellar testing, cranial nerve evaluation, gait testing and range of motion and palpation, in order for the examining physician to evaluate Plaintiff's injures that are in controversy in the subject incident.

4. This examination is conducted to evaluate Plaintiff regarding the nature, extent and cause of the injuries to Plaintiff; the appropriateness of any past medical treatment or any future medical treatment currently suggested; any future medical treatment needed; and the amount, necessity and reasonableness of the charges.  The Examining Medical Practitioner may ask questions rationally related to Plaintiff's physical condition, medical history, family medical history, diagnosis, prognosis and/or causation.  Questions relating to causation may include, but shall not be limited to, Plaintiff's understanding of the mechanics of her reported fall at Sam's West Store No. 4983 on November 2, 2012.

5. No x-rays or lab tests will be performed.

6. This examination will be limited to an examination of the parts of the Plaintiff's body which she alleges were injured as a result of the subject incident.

7. Dr. Steven L. McIntire will conduct the examination in a professional, courteous and deferential matter.

8. Plaintiff shall appear at the noticed site of the examination, on the noticed date, and at the noticed time.

9. Defendant shall provide to Plaintiff a copy of the report produced by Dr. McIntire within thirty (30) days of the examination.

DATED this 25th day of August, 2015.   DATED this 25th day of August, 2015

**LAW OFFICES OF RICHARD S. JOHNSON**   **PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Richard S. Johnson*   */s/ Breane P. Stryker*
RICHARD S. JOHNSON, ESQ.   BREANE P. STRYKER
Nevada Bar No. 6361   Nevada Bar No. 13594
5542 S. Fort Apache Road, Ste. 120   504 South Ninth Street
Las Vegas, Nevada 89148   Las Vegas, Nevada 89101
(702) 425-8233   (702) 938-1510

*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Ngoc Nguyen*   *Sam's West, Inc.*

IT IS SO ORDERED.

DATED this 26 day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25<u>th</u> day of August, 2015, I served a true and correct copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF NGOC NGUYEN TO UNDERGO AN FRCP RULE 35 EXAMINATION BY DR. STEVEN MCINTIRE,** by facsimile and by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| RICHARD S. JOHNSON, ESQ.<br>Nevada Bar No. 6361<br>LAW OFFICES OF RICHARD S. JOHNSON<br>5542 South Fort Apache Rd., Ste. 120<br>Las Vegas, NV 89148 | Phone 702-425-8233<br>Fax     702-818-3201 | Plaintiff |

*/s/ Billi J. Montijo*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC